Barry Wells, Pro, Se
1059 Wells Road
Summit, MS 39666
601-730-2576

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF THE STATE Mississippi

For the

WESTERN DIVISION,



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

5:15-cv-92 DCB-MTP

| | |
|---|---|
| Barry Wells, Plaintiff | COMPLAINT FOR CIVIL RIGHTS VIOLATIONS |
| Plaintiff. | PURSUANT TO THE CIVIL RIHGTS ACT OF |
| v. | 42 U.S.C 1983 CIV.RIGHTS ACT |
| Brian Boyd;Detective | Demand For Jury Trial |
| Pike County Sheriff Department, | |
| State Of Mississippi County of Pike et,al | |

Come now the plaintiff Barry Wells brings fourth this complaint against the defendants for their wrongfull acts and violations against both my civil rights and constitutional rights that are guaranteed and protected under the fourth amendment of the united states constitution against the

Illegal search of my home and the act of trespassing on to my property with unofficial authorites. The defendant Brian Boyd;Detective along with the aid of others illegally broke into my 1995 ford van while it was left parked at a local gas station The defendants did not have probable cause for the search of my home or property or the right to brake into my van.

On the date of August,15,2013. The defendant Brian Boyd , and one other pike sheriff came to my home and without having a searchwarnt enterded upon my property with wandering eyes and then begain searching my yard while detaining me from movement while the defendant Brian Boyd walked and searched all behind my home. The defendant Brian Boyd, then made a call to have the Owner of the car that I was suppose to have commited burglary against meet him at lalocation behind the gas station where my ford van was parked for a illegal late night line up.

The defendant Brian Boyd, called in to have me charged and arrested and then placed me on a enternal investigation hold for three days that prevented me from making contact with familie Band counsal while this allowed the defendant to carryout his illegall search of my home.

# CLAIM FOR DAMAGES

The plaintiff is seeking monetary , punitive damages against the defendant detective Brian Boyd for the violation of my civil and constitutional rights that are protected under the fourth amendment of the united states constitution in the amount of $250,0000 dollars for his wrongful acts of illegal search and seizure of my auto mobile and my home . The plaintiff is seeking damages against the defendant detective Brian Boyd for trespassing on to my property with unofficial persons while attempting to illegal search of my property ,and removing my property without a searchwarrant on three different .

The plaintiff is seeking damages against the defendant pike county sheriff department for illegal braking into my van while it was parked at the gas station where they illegally searched my before my arrest without my knowing of the charge of the crime where they failed to take pictures of the crime seen of the auto burglary for their proof of the crime being committed with evidents .

The plaintiff is seeking $250,0000 dollars in monetary, punitive damages against the defendants pike county sheriff department detectives and others whose names shall be add it to this complaint when they are found and discovered The defendant detective Brian Boyd is one of the defendants.

The plaintiff is seeking monetary, punitive damages against the defendants state of Mississippi county of pike et,al for the wrongful issuing of their illegal search warrant to search my home and my property while lacking probable cause of crime and proof as to the items if any were ever taken from the seen. The plaintiff is seeking damages for emotional stress to his family and public humiliation . The plaintiff is seeking $250,0000 dollars in damages.

*Barry Wells*
*Sept, 16-2015*