From: Barry Wells
1059 Wells Rd
Summit, MS 39666

To the: Clerk of
Natchez Federal Court
109 South Pearl Street
Natchez, MS 39120